UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIQUE MERRIMAN,<br><br>  Plaintiff,<br><br> v.<br><br>J. LIZARRAGA, et al.,<br><br>  Defendants. | Case No.: 2:17-mc-00117-CKD<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO EXCEED 25-PAGE LIMITATION FOR CIVIL RIGHTS COMPLAINT BEING E-FILED |

On August 16, 2017, plaintiff Dominique Merriman filed a motion for leave to exceed the 25-page limitation on e-filing her civil rights complaint pursuant to 42 U.S.C. § 1983. ECF No. 1.

**I.**

**DISCUSSION**

On February 24, 2016, this Court issued a Standing Order for the United States District Court for the Eastern District of California that describes a pilot program in which the Court and the California Department of Corrections and Rehabilitation (CDCR) have agreed to participate. As part of the program, initial pleadings submitted by prisoners in civil rights cases involving conditions of confinement claims are electronically filed. To facilitate compliance with Federal Rule of Civil Procedure 8(a)(2), complaints shall not exceed twenty-five (25) pages in length. In the event a plaintiff needs to file a complaint longer than twenty-five (25) pages, he or she must submit a motion

demonstrating the grounds for the need to exceed the page limitation, along with the proposed complaint, to the court for permission to exceed the page limit.

In this instance, plaintiff seeks relief from the twenty-five page limitation because: (1) the complaint includes over 140 defendants, over 30 claims, and a "variation of different dates spanning over two and a half years" (ECF No. 1 at2 ).; and (2) the allegations in the complaint constitute evidence of a "shown policy, custom, and or usage of deliberate indifference…" id.

As instructed, plaintiff filed her proposed complaint with her motion for leave to exceed the page limit. Although the proposed complaint is more than twenty-five pages, it appears that plaintiff made a concerted attempt to comply with the court's instructions in drafting the complaint. Having now reviewed the proposed complaint in connection with plaintiff's pending motion, the court concludes that judicial efficiency would be best served by allowing plaintiff's complaint to be filed as a civil rights complaint. The court will still have to screen the complaint as required by statute, but that will occur in due course.[1]

## II.
## ORDER

Based on the foregoing, plaintiff's motion to exceed the twenty-five page limitation for her civil rights complaint is HEREBY GRANTED. The Clerk of the Court is directed to close this miscellaneous case, and open a civil rights case.

Dated: August 16, 2017

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1),(2).